UNITED STATES DISTRICT COURT　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| KENNETH WAYNE THOMPSON, | § § § | |
| Petitioner, | § § | |
| versus | § § | CIVIL ACTION H-15-0229 |
| WILLIAM STEPHENS, | § § | |
| Respondent. | § | |

## Order of Adoption

On May 19, 2015, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (5). Thompson objected (Dkt. 8). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Thompson's petition for writ of habeas corpus is denied with prejudice as time-barred.

Signed June 19, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge